UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0183M-01 (CR) |
| | : | |
| **MARVELLE DEMETRIUS MAYS**, | : | VIOLATION: 21 U.S.C. §846 |
| **also known as John E. Joy,** | : | (Attempt to Possess With Intent to Distribute |
| **Defendant.** | : | 500 Grams or More of Cocaine) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 19, 2007, within the District of Columbia and elsewhere, **MARVELLE DEMETRIUS MAYS, also known as John E. Joy**, did attempt to unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture and substance was 500 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

(**Attempt to Possess With Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.