AO442(Rev. 12/85) Warrant for Arrest

13/8590
07-118

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MARVELLE DEMETRIUS MAYS
a/k/a John E. Joy

**WARRANT FOR ARREST**

CASE NUMBER: 07-183-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Marvelle Demetrius Mays____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and willfully attempted to commit the offense of possession with intent to distribute cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was one kilogram or more.

FILED
MAY 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title ___21___ United States Code, Section(s) ___846___

ALAN KAY                          ALAN KAY
Name of Issuing Officer            Title of Issuing Officer
U.S. MAGISTRATE JUDGE              U.S. MAGISTRATE JUDGE

[Signature]
Signature of Issuing Officer

MAY 0 1 2007  District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 05/01/07 | NAME AND TITLE OF ARRESTING OFFICER William Martin DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 05/02/07 | | |