FILED

I 1 2007

## FACTUAL PROFFER OF MARVELL DEMETRIC MAYS

CLERK

      The facts contained herein are not complete in all details. Instead they are provided in order to demonstrate that the elements of the charged offense have been met for purposes of a plea in this case. These are not all of the facts known to the defendant, Marvell Demetric Mays (hereinafter "Mays"), and to the Government.

      In late 2005, Mays met a cooperating informant/defendant (hereinafter "CI") through a relative. The CI had connections to a group of Guatemalan nationals who were trafficking in kilogram quantities of cocaine. CI explained to Mays that he had such connections. The CI sold Mays at least two kilograms of cocaine over a month's time. These sales took place in suburban Maryland at different locations. Further, Mays paid $21,000 for each kilogram of cocaine. After these early contacts, the CI was arrested and began to work for the United States as a cooperating defendant.

      Then, in March 2006, the CI and Mays met in Prince George's County, Maryland. During this meeting, Mays provided the CI with $10,000 in exchange for a kilogram of cocaine. The CI returned the $10,000 to Mays and explained to Mays that kilogram quantities of cocaine sold for $21,000 each. Mays then told the CI that he could sell the CI a Smith and Wesson 9mm pistol, however, the CI did not buy the pistol.

      During each of the telephone conversations both Mays and the CI spoke in thinly veiled codes so as to avoid being detected by law enforcement.

      During 2006, Mays telephoned the CI several times to request quantities of cocaine, however, the CI did not have any cocaine and could not supply Mays with any additional amounts. The ATF was monitoring these phone calls, and was attempting to set up a law enforcement method known as a reversal, but twice Mays was so late for the arranged reversals that agents aborted the operation and no reversal took place. In at least one of these telephone conversations, Mays asked the CI if he knew any other cocaine suppliers who might be willing to supply Mays with cocaine. In September 2006, Mays took the CI to his condominium located at 1501 27th Street, SE, Washington, DC. Mays explained to the CI that the CI could use Mays' condominium to cook cocaine.

      Between late 2006 and April 2007, Mays called the CI several times to request kilogram quantities of cocaine. However, on each occasion the CI said that he did not have access to cocaine.

      In April 2007, however, the CI agreed to sell a kilogram of cocaine to Mays in exchange for $21,000 in U.S. currency. The Immigration and Customs Enforcement (hereinafter "ICE") made up a 1-2% formula of cocaine (hereinafter "sham") and placed it in kilogram wrappings. Mays and the CI agreed to meet in a parking lot in the vicinity of Howard University in Northwest Washington, D.C., on April 19, 2007 so that Mays could purchase a kilogram of cocaine from the CI for $21,000. Special Agents from the Bureau Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF")

11

arrived to monitor the meeting and to arrest Mays if he tried to buy the kilogram. Wearing a monitoring and recording device, the CI was searched and given the sham in a black computer case. Mays arrived in a car with dealer tags. He got in the CI's car and began counting the money he had brought after explaining that he needed to do so. The CI handed the case containing the sham to Mays who looked at it and exclaimed, "My man! You came through for me!" ~~Mays accepted the case containing the sham and placed it between his legs on the passenger side floorboard of the CI's car~~. Soon Mays realized that he had not brought all of his money in the CI's car and he stepped out of the CI's car to go back to his own car to collect the rest of the cash. After returning to the CI's car, members of ATF moved in and placed Mays under arrest. They recovered the sham from the passenger floorboard where Mays had been sitting and approximately $16,000 in U.S. currency from Mays.

Pursuant to court-authorized search warrants, Mays' condominium at 1501 27th Street, SE, Washington, DC, was searched and agents recovered a digital scale, cutting agents, marijuana, a quantity of cocaine and a quantity of crack cocaine, and a pistol.

Therefore, Mays possessed or attempted to possess with intent to distribute and to distribute three kilograms of cocaine for resale.

MARVELL DEMETRIC MAYS
DEFENDANT

JAMES RUDASILL
COUNSEL FOR MR. MAYS

S. ELISA POTEAT
ASSISTANT U.S. ATTORNEY