CO-526
(12/86)

FILED

DEC 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                )
                                        )
                                        )
         vs.                            )   Criminal No. 07-118 SEALED
                                        )
                                        )
   Maxwell D. Mays                      )
                                        )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

12/11/07