UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 07-118 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **MARVELL DEMETRIC MAYS** | : | |
| | : | (Under Seal) |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

  The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the sentencing in the matter be continued for a period of two weeks so that undersigned counsel can complete the presentation of the defendant's cooperation to the Departure Committee of the United States Attorney's Office, and to respond in writing to the objections raised by defense counsel to the Pre-sentence Report.

  Having entered his guilty plea in December of 2007, the defendant agreed to cooperate with the United States. Because he had information about certain homicide cases occurring in Prince George's County, Maryland, the government took pains to locate the appropriate detectives to participate in these debriefings. The most recent debriefing took place on May 27, 2008. As a result, undersigned counsel must now present the facts of these latest debriefings to the Departure Committee, which counsel cannot do before the current sentencing date.

  Government's counsel has communicated with counsel for the defendant, Mr. James Rudasill, who said he does not oppose this motion.

*Wherefore*, we request that the Government's motion to continue sentencing be granted.

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  UNITED STATES ATTORNEY

BY:          _____
                 S. ELISA POTEAT
                 Assistant United States Attorney
                 555 Fourth Street, N.W.
                 Washington, D.C. 20001
                 (202) 514-7067
                 Bar No. 420-604

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion to continue sentencing was emailed to counsel for the defendant, James Rudasill, this the 29th day of May, 2008.

_____
S. ELISA POTEAT
Assistant U.S. Attorney