UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-118 (RBW) |
| v. | : | |
| MARVELL DEMETRIC MAYS | : | (Under Seal) |
| Defendant. | : | |

### ORDER

*Wherefore*, having reviewed the Government's unopposed motion to continue sentencing, it is hereby

ORDERED that the sentencing date in the above-entitled matter is continued to the 13th day of June, 2008, at 11:15, in Courtroom 16, 6 Fl.

REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA