UNITED STATES DISTRICT COURT
for THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 07-118-01 (RBW) |
| ) | **UNDER SEAL** |
| ) | |
| **MARVELLE D. MAYS** ) | |
| **Defendant** ) | |
| ) | |

**FILED**
**JUN 27 2008**
Clerk, U.S. District and
Bankruptcy Courts

<u>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**</u>
<u>**SENTENCING HEARING OF JULY 3, 2008**</u>

COMES NOW, the defendant, Marvelle D. Mays, by undersigned counsel, and respectfully requests that the Court continue the sentencing hearing in this case for a period of approximately thirty (30) days in order to permit counsel to review the supplemental discovery materials recovered by the government from the defendant's seized automobile. Defendant contends that contained within these materials are documents which support his claim that he is not properly accountable for a two-level "gun-bump" enhancement of his Advisory Federal Guidelines sentence pursuant to USSG Sec. 2D1.1(a)(3) and (c)(6) because he did not possess the firearm which was recovered from a condominium unit owned by defendant, but leased to a third party as rental property. Counsel was notified by the government on June 24, 2008, that copies of such material was available for disclosure to the defense on June 25, 2008.

1. Counsel is also requesting a further continuance of the July 3rd, 2008 sentencing because he will be out of town from June 28 until July 5, 2008 due to a pressing family obligation.

2. Counsel has communicated his scheduling conflicts with Assistant U.S. Attorney Elisabeth Poteat, Esquire, government counsel in this case. Ms. Poteat has authorized counsel to represent that the government had no opposition to the Court vacating the July 3, 2008

sentencing date, and rescheduling the matter as requested by the Defendant in approximately thirty (30) days, or at any other date thereafter convenient to the Court's calendar.

WHEREFORE, the Defendant respectfully request that his motion for continuance be granted.

Respectfully Submitted

Marvelle D. Mays
By Counsel:

James W. Rudasill #318113
717 D Street, N.W.
Suite 310
Washington, D.C. 20004
(202) 783-7908

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Continuance of Status Hearing was served by electronic mail-ECF-CMS to Elisabeth S. Poteat, Esq., Assistant U.S. Attorney's U.S. Attorney's Office for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530, this 25th day of June, 2008.

/s/ James Rudasill

James W. Rudasill, Esq.